MATHILDA THUMEN, Appellant, v. SADIE SILBERSCHEIN et al., Defendants, and HELEN KRESNEY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

HELEN S. GOLDSTEIN, as Executrix of ROBERT E. GOLDSTEIN, Deceased, Respondent, v. FESHBACH & ACKERMAN FUR CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of HOWARD T. BRANDON, JR., Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

CELIA SCHNEIDER, Appellant, v. HARRY SCHNEIDER, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of CLARA GERINGER, Appellant, against PAUL L. ROSS et al., Individually and as Members of the Temporary City Housing Rent Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of P. & A. D. RUBIN, INC., Appellant, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of MICHAEL LOBAS, Respondent, against PAUL L. ROSS et al., Constituting Temporary City Housing Rent Commission, Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied on the authority of *Matter of Skolnick* v. *Ross* (274 App. Div. 764). Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MURIEL H. HERRMAN, Respondent, v. PHILIP HERRMAN, Appellant.— Order, so far as appealed from, unanimously modified by reducing the amount of the bond to the sum of $20,000 and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JOSE A. GANDUS, Respondent, v. SASSOON S. SHAMASH et al., Individually and as Copartners Doing Business under the Name of S. SHAMASH & SONS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Van Voorhis and Shientag, JJ., concur on the ground that they do not pass upon the legal sufficiency of the causes of action alleged in the complaint.

REGAL MANUFACTURING Co., Respondent, v. ALLEN T. SHERMAN, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.